

| | | |
|---|---|---|
| ALICIA WHITE, et al | * | IN THE |
| Plaintiff's | * | CIRCUIT COURT |
| Vs. | * | FOR |
| | * | BALTIMORE CITY |
| MARILYN MOSBY, et al. c/o Office of the State's Attorney | * | Case No.: 24-C-16-002600 |
| Defendants | | |

### RETURN OF PRIVATE PROCESS SERVICE

I, Christopher E. Landon, having been duly authorized to effect service in the above-captioned case state that I am over the age of eighteen and not party to the aforementioned action:

Recipient:   Nancy Kopp, Treasurer, STATE OF MARYLAND
Louis L. Goldstein Treasury Building
80 Calvert Street, Room 109
Annapolis, Maryland 21401

Documents served: Writ of Summons and Complaint and Jury Demand, First-Amended Complaint and Jury Demand.

Private Process Service: Fee: $50.00

Service was effected Monday, June 27, 2016, at 3:30 p.m. by personally delivering the Documents to Nancy Kopp. Treasurer, State of Maryland Louis L. Goldstein Treasurer Building, 80 Calvert Street, Room 109, Annapolis, Maryland 21401.

Description:   White/Female, H.T. 5'7", W.T. 130, AGE 60+

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury the matters and facts set forth above are true and correct to the best of my personal knowledge, information, and belief.

DATE: June 27, 2016

Christopher Landon, Private Process Services
P.O. Box 47002
Baltimore, Maryland 21244
(410) 655-4062

| | | |
|---|---|---|
| **ALICIA WHITE, et al** | * | IN THE |
| | | |
| Plaintiff's | * | CIRCUIT COURT |
| Vs. | * | FOR |
| | * | BALTIMORE CITY |
| **MARILYN MOSBY, et al.**<br>**c/o Office of the State's Attorney** | * | Case No.: 24-C-16-002600 |
| **Defendants** | | |

RECEIVED
CIRCUIT COURT
BALTIMORE CITY

2016 JUN 29 PM 2: 19

CIVIL DIVISION

### RETURN OF PRIVATE PROCESS SERVICE

I, Christopher E. Landon, having been duly authorized to effect service in the above-captioned case state that I am over the age of eighteen and not party to the aforementioned action:

Recipient: Marilyn Mosby, Esquire
c/o Karl Pothier, Esquire Asst AG
120 W. Fayette Street 5th Floor
Baltimore, Maryland 21202

Documents served: Writ of Summons and Complaint and Jury Demand, First-Amended Complaint and Jury Demand.

Private Process Service: Fee: $50.00

Service was effected Monday, June 27, 2016, at 10:30 a.m. by personally delivering the Documents to Marilyn Mosby, Esquire Office of State Attorney c/o Karl Pothier, Esquire Asst AG, 120 W. Fayette Street, 5th Floor, Baltimore, Maryland 21201.

Description: White/Male, H.T. 5'9", W.T. 160, AGE 50+

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury the matters and facts set forth above are true and correct to the best of my personal knowledge, information, and belief.

DATE: June 27, 2016

Christopher Landon, Private Process Services
P.O. Box 47002
Baltimore, Maryland 21244
(410) 655-4062



ALICIA WHITE, et al           *   IN THE

           Plaintiff's      *   CIRCUIT COURT

Vs.                               *   FOR

                                    *   BALTIMORE CITY

MARILYN MOSBY, et al.       *   Case No.: 24-C-16-002600
c/o Office of the State's Attorney

              Defendants



### RETURN OF PRIVATE PROCESS SERVICE

I, Christopher E. Landon, having been duly authorized to effect service in the above-captioned case state that I am over the age of eighteen and not party to the aforementioned action:

Recipient:      Major Samuel Cogen
                c/o Jason Foltin, Esquire, Asst. Solicitor
                7 East Redwood Street 7th Floor
                Baltimore, Maryland 21202

Documents served: Writ of Summons and Complaint and Jury Demand, First-Amended Complaint and Jury Demand.

Private Process Service: Fee: $50.00

Service was effected Monday, June 27, 2016, at 12:30 p.m. by personally delivering the Documents to Major Samuel Cogen, c/o Jason Foltin, Esquire Asst Solicitor, 7 Redwood Street, Baltimore, Maryland 21202.

Description:   White/Male, H.T. 5'7", W.T. 190, AGE 35+

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury the matters and facts set forth above are true and correct to the best of my personal knowledge, information, and belief.

DATE: June 27, 2016                        Christopher Landon, Private Process Services
                                                    P.O. Box 47002
                                                    Baltimore, Maryland 21244
                                                    (410) 655-4062